35 A.3d 1

**In the Interest of D.H.**

**Petition of V.H., Father.**

**No. 161 EM 2011.**

Supreme Court of Pennsylvania.

Dec. 29, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**